COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-163-CV

BENEDEK BROADCASTING APPELLANT

CORPORATION, D/B/A 

KAUZ-TV CHANNEL 6 

V.

LARRY TOMPKINS APPELLEE

------------

FROM THE 78
TH
 
DISTRICT COURT OF WICHITA COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Notice Of Withdrawal Of Notice Of Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: July 24, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.